IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ACLU-TN, et al. | ) |
| | ) |
| v. | ) NO. 3-11-0408 |
| | ) JUDGE CAMPBELL |
| THE SUMNER COUNTY BOARD OF | ) |
| EDUCATION, et al. | ) |

ORDER

Pending before the Court is Plaintiffs' Emergency Motion for a Temporary Restraining Order and/or Preliminary Injunction and Request for an Emergency Hearing (Docket No. 8). Plaintiffs' Request for Emergency Hearing is GRANTED. The Court will hold a hearing on Plaintiffs' Motion for a Temporary Restraining Order on Tuesday, May 3, 2011, at 9:00 a.m. Counsel for the Plaintiffs shall notify Defendants of the time and place for the hearing.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE