IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ACLU-TN, et al. | ) |
| | ) |
| v. | ) NO. 3-11-0408 |
| | ) JUDGE CAMPBELL |
| THE SUMNER COUNTY BOARD OF EDUCATION, et al. | ) ) |

ORDER

Pending before the Court are Plaintiffs' Motion for Protective Order (Docket No. 2) and Plaintiffs' Motion to File Protective Order under Seal (Docket No. 4). Pending further Order of the Court, the two Motions are GRANTED.

IT IS SO ORDERED.

*[signature: Todd Campbell]*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE