IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ACLU-TN, et al.            )
                           )
v.                         ) NO. 3-11-0408
                           ) JUDGE CAMPBELL
THE SUMNER COUNTY BOARD OF )
EDUCATION, et al.          )

ORDER

Pending before the Court is Plaintiffs' Motion to Reset Temporary Restraining Order Hearing (Docket No. 12). The Motion is GRANTED, and the hearing on Plaintiffs' Emergency Motion for a Temporary Restraining Order is rescheduled for today, Monday, May 2, 2011, at 3:00 p.m. Counsel for the Plaintiffs shall notify the Defendants of the time and place for the hearing.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE