IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ACLU-TN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 3:11-cv-00408 |
| ) | |
| THE SUMNER COUNTY ) | |
| BOARD OF EDUCATION, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO MANUALLY FILE EXHIBIT

Plaintiffs filed a complaint on May 2, 2011. Exhibit 2 to the Complaint is a multimedia exhibit and it cannot be filed via the court's electronic filing system.

WHEREFORE, Plaintiffs respectfully request that this Court allow Plaintiffs to manually file Exhibit 2, which is a multimedia exhibit and/or any relief which this Court deems appropriate.

Respectfully submitted,

By:     s/Tricia Herzfeld
        Tricia Herzfeld
        Legal Director
        ACLU Foundation of Tennessee
        P.O. Box 120160
        Nashville, Tennessee 37212
        Phone: (615) 320-7142
        Fax: (615) 320-7260
        tricia@aclu-tn.org

George Barrett  
Scott Tift  
*ACLU-TN Cooperating Attorneys*  
BARRETT JOHNSTON LLC  
217 Second Avenue North  
Nashville, TN 37201  
Phone: (615) 244-2202  
Fax: (615) 252-3798  
gbarrett@barrettjohnston.com  
stift@barrettjohnston.com  
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was sent via U.S. Mail and electronic mail to the following this 3rd Day of May, 2011:

Wesley H. Southerland, Esq.  
American Center for Law & Justice  
5214 Maryland Way, Suite 402  
Brentwood, TN 37027  
615-376-2600 phone  
615-345-6009 fax  
wsoutherland@aclj.org

__s/Tricia Herzfeld_____  
Tricia Herzfeld