UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF TENNESSEE, et al., | ) ) ) |
| Plaintiffs, | ) ) ) ) ) |
| vs. | ) ) ) ) ) |
| THE SUMNER COUNTY BOARD OF EDUCATION, et al. | ) ) ) ) |
| Defendants. | ) |

CASE NO. 3:11-0408
JUDGE CAMPBELL/KNOWLES

**ORDER**

I hereby recuse myself in the above-styled action.

_____
E. Clifton Knowles
United States Magistrate Judge