UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES | ) | |
| UNION OF TENNESSEE, et al. | ) | |
| | ) | |
| v. | ) | NO. 3:11-0408 |
| | ) | JUDGE CAMPBELL |
| THE SUMNER COUNTY BOARD | ) | |
| OF EDUCATION, et al. | ) | |

ORDER

Pending before the Court is a Motion to Manually File Exhibit (Docket No. 17). The Motion is GRANTED.

IT IS SO ORDERED.

                                                                                                                                 _____
                                                                                                                                 TODD J. CAMPBELL
                                                                                                                                 UNITED STATES DISTRICT JUDGE