AMERICAN CIVIL LIBERTIES )
UNION OF TENNESSEE; JANE DOE as the )
Natural Parent and Next of Friend of her Minor )
Children HARLEY DOE, TAYLOR DOE, and )
HUNTER DOE; JANE ROE, as the Natural )
Parent and Next of Friend of her Minor Child )
JENNIE ROA; and JANE SMITH, as the )
Natural Parent and Next Friend of her Minor )
Children PAT SMITH, JAMIE SMITH, and )
JESSIE SMITH; JOHN and JANE JONES, as )
the Natural Parents and Next Friend of their )
Children RORY JONES and RILEY JONES; )
 )
    Plaintiffs, )
vs. ) Civil Action No. 3:11-CV-0408
THE SUMNER COUNTY BOARD ) JUDGE CAMPBELL
OF EDUCATION; BENNY BILLS, Director of )
Schools for the Sumner County Board of )
Education; TIM BREWER, Member, Sumner )
County Board of Education; DAVID BROWN, )
Member, Sumner County Board of Education; )
BETH COX, Member, Sumner County Board of )
Education; ANDY DANIELS, Member, Sumner )
County Board of Education; WILL DUNCAN, )
Member, Sumner County Board of Education; )
SHANNON DUNN Member, Sumner County )
Board of Education; GLEN GREGORY, )
Member, Sumner County Board of Education, )
DANNY HALE, Member, Sumner County )
Board of Education; DON LONG, Member, )
Sumner County Board of Education; VANESSA )
SILKWOOD, Member, Sumner County Board )
Of Education; TED WISE, Member, Sumner )
County Board of Education; FRANK )
CARDWELL, Principal, Beech High School; )
AHMED WHITE, Principal, T.W. Hunter )
Middle School; OPAL POE, Principal, Robert E. )
Ellis Middle School; ROBIN HOOD, Principal, )
Madison Creek Elementary School; JEWELL )
MCGHEE, Principal, Indian Lake Elementary )
School; )
 )
    Defendants. )

## NOTICE OF APPEARANCE

COMES NOW the undersigned, **Abigail A. Southerland**, and hereby enters an appearance as counsel on behalf of the Defendant, Sumner County Board of Education. Undersigned counsel requests that she be added to the service list for all future entries or filings in this case.

By: /s/ Abigail A. Southerland
Abigail A. Southerland, TN Bar No. 22608
**AMERICAN CENTER FOR LAW AND JUSTICE**
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Telephone: (615) 376-2600
Fax: (615) 345-6009
asoutherland@aclj.org
Attorney

## CERTIFICATE OF SERVICE

       I hereby certify that on May 3, 2011, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Tricia Herzfeld
Legal Director
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
tricia@aclu-tn.org
Attorney for Plaintiffs


George Barrett
Scott P. Tift
ACLU-TN Cooperating Attorneys
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
Phone: (615) 244-2202
gbarrett@barrettjohnston.com
stift@barrettjohnston.com
Attorneys for Plaintiffs


          /s/ Abigail A. Southerland
          Abigail A. Southerland