IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

ACLU-TN, et al., )
)
    Plaintiffs, )
)
vs. ) Civil Action No. _____
)
THE SUMNER COUNTY BOARD OF )
EDUCATION, et al., )
)
)
    Defendants. )

## DECLARATION OF JOHN JONES IN SUPPORT OF PLAINTIFFS' VERIFIED COMPLAINT

John Jones hereby declares, pursuant to the penalties of perjury under 28 U.S.C. 1746, that the following statements are true and correct:

1. I am one of the plaintiffs in this action against the Sumner County Board of Education, et. al.

2. I am the father of Rory and Riley Jones all minors.

3. I am familiar with the facts and allegations stated in Plaintiffs' Verified Complaint.

4. If called upon to do so, I would and could testify to the same.

5. In accordance with Plaintiffs Motion for Protective Order contemporaneously filed with this Verified Complaint, I sign under a pseudonym.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29 2011

_____
John Jones