IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ACLU-TN, et al. )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>THE SUMNER COUNTY )<br>BOARD OF EDUCATION, et al. )<br>)<br>Defendants. ) | Civil Action No. 3:11-cv-00408 |

### Notice of Filing

Plaintiffs in the above-entitled action give Notice of Filing of a multimedia Exhibit (Exhibit 2) that cannot be filed via the court's electronic filing system, and will be filed manually with the court.

                                              Respectfully submitted,

By:    s/Tricia Herzfeld
       Tricia Herzfeld #026014
       Legal Director
       ACLU Foundation of Tennessee
       P.O. Box 120160
       Nashville, Tennessee 37212
       Phone: (615) 320-7142
       Fax: (615) 691-7219
       tricia@aclu-tn.org

       George Barrett #002672
       Scott P. Tift #027592
       *ACLU-TN Cooperating Attorneys*
       BARRETT JOHNSTON, LLC
       217 Second Avenue North
       Nashville, TN 37201
       Phone: (615) 244-2202
       Fax: (615) 252-3798
       gbarrett@barrettjohnston.com
       stift@barrettjohnston.com
       *Attorneys for Plaintiffs*