IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ACLU-TN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE SUMNER COUNTY )<br>BOARD OF EDUCATION, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 3:11-cv-0408<br><br>Judge Sharp<br>Magistrate Judge Brown<br><br>**JURY DEMAND** |

## JOINT MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

COME NOW Defendants THE SUMNER COUNTY BOARD OF EDUCATION, et al., and Plaintiffs ACLU-TN, et al., and together file this Joint Motion to Reschedule the Case Management Conference currently set for June 22, 2011 at 10:00 a.m., and would respectfully show the Court as follows:

1. Due to a scheduling conflict, Defendants' counsel is unable able to attend the case management conference on the date of June 22, 2011. Defendants' counsel must be in federal court in San Antonio, Texas, for a settlement conference before Judge Rodriguez on June 22, 2011. Therefore, the parties request that the Court reschedule the case management conference currently set for June 22, 2011 and consider June 23, 2011 at 11:30 a.m. as the alternative date and time, should the Court's calendar so permit.

2. Counsel for all parties have conferred and respectfully submit this Motion for consideration by the Court.

Dated June 1, 2011.

Respectfully submitted,

/s/ Larry L. Crain
/s/ Carly F. Gammill
/s/ Wesley H. Southerland
Larry L. Crain, Esq.
Carly F. Gammill, Esq.
Wesley H. Southerland, Esq.
American Center for Law & Justice
5214 Maryland Way, Suite 402
Brentwood, TN 37027
Ph: (615) 376-2600
Fax: (615) 345-6009
lcrain@brentwoodlaw.com
cgammill@aclj-dc.org
wsoutherland@aclj.org

*Attorneys for Defendants*


/s/ Tricia Herzfeld
Tricia Herzfeld
Legal Director
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
Fax: (615) 691-7219
tricia@aclu-tn.org

George Barrett
Scott P. Tift
ACLU-TN Cooperating Attorneys
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
Phone: (615) 244-2202
Fax: (615) 252-3798
gbarrett@barrettjohnston.com
stift@barrettjohnston.com

*Attorneys for Plaintiffs*