IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ACLU-TN, et al., | ) |
| | ) Civil Action No.: 3:11-cv-0408 |
| | ) |
| Plaintiffs, | ) Judge Kevin Sharp |
| | ) Magistrate Judge Joe Brown |
| v. | ) |
| | ) |
| THE SUMNER COUNTY | ) |
| BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), the parties to the above-referenced cause, through counsel, hereby respectfully request that the Court enter the parties' joint Proposed Stipulation and Protective Order, which is attached as an exhibit hereto.

The Court's entry of the attached proposed motion will moot Plaintiffs' August 8, 2011 Expedited Motion to Modify Court Order [Docket No. 79]. Thus, should the Court enter the attached Proposed Stipulation and Protective Order, the parties request that the Court deny Plaintiffs' Expedited Motion as moot.

Dated: August 10, 2011

Respectfully submitted:

/s/ Scott P. Tift
Tricia Herzfeld
Legal Director
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
Fax: (615) 691-7219
tricia@aclu-tn.org

George Barrett
Scott Tift

ACLU-TN Cooperating Attorneys
BARRET JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
Phone: (615) 244-2202
Fax: (615) 252-3798
gbarrett@barrettjohnston.com
stift@barrettjohnston.com

*Attorneys for Plaintiffs*

/s/ Carly F. Gammill by SPT with permissions
Larry L. Crain
Carly F. Gammill
Wesley H. Southerland
American Center for Law & Justice
5214 Maryland Way, Suite 402
Brentwood, TN  37027
lcrain@brentwoodlaw.com
cgammill@aclj-dc.org
wsoutherland@aclj.org

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Motion for Entry of Protective Order* has been served on the following via the Court's electronic filing system on this the 10th day of August, 2011:

Larry L. Crain
Carly F. Gammill
Wesley H. Sutherland
American Center for Law & Justice
5214 Maryland Way, Suite 402
Brentwood, TN  37027
lcrain@brentwoodlaw.com
cgammill@aclj-dc.org
wsoutherland@aclj.org

*Attorney for Defendants*

/s/ Scott P. Tift
SCOTT P. TIFT
BARRETT JOHNSTON, LLC

2