IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ACLU-TN, et al., | ) |
| | ) Civil Action No.: 3:11-cv-0408 |
| | ) |
| Plaintiffs, | ) Judge Kevin Sharp |
| | ) Magistrate Judge Joe Brown |
| v. | ) |
| | ) |
| | ) |
| THE SUMNER COUNTY | ) |
| BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINE**

The parties to the above-referenced cause, through counsel, hereby respectfully request that the Court extend the expert disclosure deadlines in this matter.

Pursuant to the Court's June 23, 2011 Initial Case Management Order, the parties shall declare the identities of their expert witnesses and provide all information specified in Federal Rule of Civil Procedure 26(a)(2)(B) by August 15, 2011. *See* Docket No. 74. The parties hereby request that the Court extend the initial expert disclosure deadline to August 29, 2011, with the deadline for disclosure of rebuttal expert witnesses set as provided in Fed. R. Civ. P. 26(a)(2)(D)(ii). Discovery closes in this matter on October 17, 2011. Therefore, should the Court grant this Motion, the parties will still have sufficient time to depose any disclosed experts prior to the close of discovery. Furthermore, this extension will neither affect the discovery deadline nor the scheduled trial date.

A proposed order is submitted herewith.

Dated: August 12, 2011                    Respectfully submitted:

                                                      /s/ Scott P. Tift
Tricia Herzfeld
Legal Director
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
Fax: (615) 691-7219
tricia@aclu-tn.org

George Barrett
Scott Tift
ACLU-TN Cooperating Attorneys
BARRET JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
Phone: (615) 244-2202
Fax: (615) 252-3798
gbarrett@barrettjohnston.com
stift@barrettjohnston.com

*Attorneys for Plaintiffs*


/s/ Carly F. Gammill by SPT w/ permissions
Larry L. Crain
Carly F. Gammill
Wesley H. Southerland
American Center for Law & Justice
5214 Maryland Way, Suite 402
Brentwood, TN  37027
lcrain@brentwoodlaw.com
cgammill@aclj-dc.org
wsoutherland@aclj.org


*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Motion for Extension of Expert Disclosure Deadline* has been served on the following via the Court's ECF filing system on this the 12th day of August, 2011:

Larry L. Crain
Carly F. Gammill
Wesley H. Sutherland
American Center for Law & Justice
5214 Maryland Way, Suite 402
Brentwood, TN 37027
lcrain@brentwoodlaw.com
cgammill@aclj-dc.org
wsoutherland@aclj.org

*Attorney for Defendants*

                                      /s/ Scott P. Tift
                                      SCOTT P. TIFT
                                      BARRETT JOHNSTON, LLC