IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ACLU-TN, et al., ) | |
| ) | Civil Action No.: 3:11-cv-0408 |
| ) | |
| Plaintiffs, ) | Judge Kevin Sharp |
| ) | Magistrate Judge Joe Brown |
| v. ) | |
| ) | |
| ) | |
| THE SUMNER COUNTY ) | |
| BOARD OF EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### [PROPOSED] ORDER

For good cause shown, the parties' Joint Motion for Extension of Deadlines [Docket No. 84] is GRANTED. It is hereby ordered that the parties shall declare the identities of their expert witnesses and provide all information specified in Federal Rule of Civil Procedure 26(a)(2)(B) by August 29, 2011, and all rebuttal expert witnesses within the time period set forth in Fed. R. Civ. P. 26(a)(2)(D)(ii). The extension of this deadline shall not impact any other deadlines in this litigation, including the trial date.

All other matters are reserved.

IT IS SO ORDERED.

August 12, 2011                                   /S/ Joe B. Brown
DATED                                             JUDGE JOE B. BROWN
                                                  United States Magistrate Judge